IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELENITA PEREZ-VEGA | : | CIVIL DOCKET |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 22-3994 |

**O R D E R**

SCOTT W. REID, J.

AND NOW, this 24th day of May, 2023, it is hereby ORDERED that Claimant's Request for Review is GRANTED and the matter REMANDED to the ALJ for consideration of the effect of Perez-Vega's mild mental limitations on her ability to perform her past relevant work, including discussion of the evidence from independent consulting examiner Dr. Gonzalez Vega.

The Clerk of Court is hereby DIRECTED to mark this matter as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*
_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE